UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **THUAN QUANG TRAN,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **MATTHEW CATE, SECRETARY,** ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV 10-3547 ODW (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: January 26, 2012

_____
Otis D. Wright II
United States District Judge