UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THUAN QUANG TRAN, | ) Case No. CV 10-3547-ODW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, Secretary, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 26, 2012

_____
Otis D. Wright II
United States District Judge